JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **5:26-cv-01127-DTB**                                    Date: **April 21, 2026**

Title:  **Marco Ruiz v. Anna Bahena dba Annas Auto Registration, et al.**

=================================================================

## DOCKET ENTRY

=================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

Rachel Maurice                                               n/a
Deputy Clerk                                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANT(S):
None present                                              None present

## PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING ACTION WITHOUT PREJUDICE

On March 31, 2026, the Court issued an Order to Show Cause Regarding Supplemental Jurisdiction ("OSC"). (Docket No. 10).  On April 7, 2026, Plaintiff filed his Response to the OSC.  (Docket No. 11).  On April 10, 2026, the Court issued an Order Declining Supplement Jurisdiction ("Order"). (Docket No. 14).  In its Order, the Court declined to exercise supplemental jurisdiction over Plaintiff's Unruh Act claim and any other state law construction-related accessibility claims asserted in the Complaint. Plaintiff was ordered to file either (1) a statement indicating Plaintiff intends to proceed on Plaintiff's remaining cause of action under the ADA, or (2) a notice voluntarily dismissing this action to enable the hearing of all of Plaintiff's claims in state court within 7 days, *i.e.*, on or before April 17, 2026.

In the Order, Plaintiff was expressly warned that failure to timely file either a statement indicating Plaintiff intended to proceed on the ADA cause of action or a notice of voluntary dismissal would result in this action being dismissed for failure to prosecute and comply with Court orders.  See Fed. R. Civ. P. 41(b).

Plaintiff has failed to timely file either a statement indicating he intends to proceed on the ADA cause of action or a notice of voluntary dismissal.

Accordingly, pursuant to Fed. R. Civ. P. 41(b), this action is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

MINUTES FORM 11                                   Initials of Deputy Clerk  RAM
CIVIL-GEN